Jason A. James (Bar No. 265129)
jjames@mmhllp.com
Heather E. Horn (Bar No. 318242)
hhorn@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant and Counter-Claimant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

| | |
|---|---|
| FIAOLA POTI, | Case No. 4:20-cv-02522-HSG |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**; ORDER |
| vs. | Date: July 14, 2020 |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and, LONG TERM DISABILITY COVERAGE FOR ALL ACTIVE FULL-TIME AND PART-TIME EMPLOYEES, OTHER THAN THOSE CLASSIFIED BY THE EMPLOYER AS PILOTS, WHO ARE U.S. RESIDENTS AND WHOSE TOTAL ANNUAL CASH COMPENSATION IS BETWEEN $60,000 AND $199,999, EXCLUDING TEMPORARY AND SEASONAL EMPLOYEES, | Time: 2:00 p.m. <br> Ctrm: 2 <br> Judge: Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

WHEREAS, a Case Management Conference has been set for July 14, 2020 in Courtroom 2 of the above-entitled Court before the Honorable Haywood S. Gilliam, Jr. (Docket No. 11);

WHEREAS, the parties are currently engaged in settlement discussions and are also discussing (1) the standard of review to be applied in this matter arising under the Employee

LAW OFFICES
MESERVE, MUMPER & HUGHES LLP

174322.1

1

Case No. 4:20-cv-02522-HSG
STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

1  Retirement Income Security Act of 1974 ("ERISA") and (2) the applicable scope of discovery in this
2  matter;
3      WHEREAS, the parties believe good causes exists to continue the Case Management
4  Conference so that they can continue their settlement discussions and continue to meet and confer
5  regarding the standard of review and scope of discovery;
6      WHEREAS, the parties respectfully request that the Case Management Conference be
7  continued from July 14, 2020 to September 8, 2020.[1]
8      IT IS HEREBY STIPULATED, by and between Plaintiff and Prudential, by and through their
9  attorneys' of record, that the parties respectfully request that the Case Management Conference be
10 continued from July 14, 2020 to September 8, 2020.  The parties will promptly notify the Court if
11 they are able to resolve the matter prior to September 8, 2020.
12     **IT IS SO STIPULATED.**

13 Dated:  July 6, 2020                    Frank N. Darras
                                           Susan B. Grabarsky
14                                         Phillip S. Bather
                                           DARRASLAW
15
                                           By:   */s/ Susan B. Grabarsky*
16                                               Susan B. Grabarsky
                                                 Attorneys for Plaintiff and Counter-Defendant
17                                               FIAOLA POTI

18 Dated:  July 6, 2020                    Jason A. James
                                           Heather E. Horn
19                                         MESERVE, MUMPER & HUGHES LLP

20                                         By:   */s/ Jason A. James*
                                                 Jason A. James
21                                               Attorneys for Defendant and Counter-Claimant
                                                 THE PRUDENTIAL INSURANCE
22                                               COMPANY OF AMERICA

23             **Filer's Attestation - Local Rule 5-1.(i)(3)**
24     The filing attorney attests that he has obtained concurrence regarding the filing of this
25 document and its content from the signatories to this document.
26

---

27
28  [1] Counsel for Plaintiff and counsel for Prudential have a Case Management Conference set for September 8, 2020 before this Court in the matter of *Tangri v. The Prudential Insurance Company of America*, Case No. 4:20-cv-01646 HSG.  (Docket No. 22).

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

174322.1

2

Case No.  4:20-cv-02522-HSG
STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

# ORDER GRANTING STIPULATION TO CONTINUE
# THE CASE MANAGEMENT CONFERENCE

Based upon the Stipulation of the parties, and for good cause shown, it is hereby Ordered that the Case Management Conference set for July 14, 2020 is continued to September 8, 2020. The parties shall promptly notify the Court if they are able to resolve the matter before September 8, 2020.

Dated: 7/7/2020

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

174322.1

3

Case No. 4:20-cv-02522-HSG
STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE