| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND**

| | | |
|---|---|---|
| FIAOLA POTI, | ) | Case No. 4:20-cv-02522-HSG |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING STIPULATION TO** |
| | ) | **DISMISS DEFENDANT LONG TERM** |
| vs. | ) | **DISABILITY COVERAGE FOR ALL** |
| | ) | **ACTIVE FULL-TIME AND PART-TIME** |
| THE PRUDENTIAL INSURANCE COMPANY | ) | **EMPLOYEES, OTHER THAN THOSE** |
| OF AMERICA; and, LONG TERM | ) | **CLASSIFIED BY THE EMPLOYER AS** |
| DISABILITY COVERAGE FOR ALL ACTIVE | ) | **PILOTS, WHO ARE U.S. RESIDENTS** |
| FULL-TIME AND PART-TIME EMPLOYEES, | ) | **AND WHOSE TOTAL ANNUAL CASH** |
| OTHER THAN THOSE CLASSIFIED BY THE | ) | **COMPENSATION IS BETWEEN $60,000** |
| EMPLOYER AS PILOTS, WHO ARE U.S. | ) | **AND $199,999, EXCLUDING** |
| RESIDENTS AND WHOSE TOTAL ANNUAL | ) | **TEMPORARY AND SEASONAL** |
| CASH COMPENSATION IS BETWEEN | ) | **EMPLOYEES** |
| $60,000 AND $199,999, EXCLUDING | ) | |
| TEMPORARY AND SEASONAL | ) | |
| EMPLOYEES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| AND RELATED COUNTERCLAIMS. | ) | |
| | ) | |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that Defendant LONG TERM DISABILITY COVERAGE FOR ALL ACTIVE FULL-TIME AND PART-TIME EMPLOYEES, OTHER THAN THOSE CLASSIFIED BY THE EMPLOYER AS PILOTS, WHO ARE U.S. RESIDENTS AND WHOSE TOTAL ANNUAL CASH COMPENSATION IS BETWEEN $60,000 AND $199,999, EXCLUDING TEMPORARY AND SEASONAL EMPLOYEES (the "plan") is dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss the Plan and dismissal of the plan. The Prudential Insurance Company of America shall remain the only named defendant in this action.

**IT IS SO ORDERED.**

Dated:   7/10/2020

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge