1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11  FIAOLA POTI,

12          Plaintiff,

13

14      vs.

15

16  THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA,

17

18          Defendant.

19  THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA,

20

21          Counter-Claimant,

22

    vs.

23

24  FIAOLA POTI,

25

            Counter-Defendant.

26

27

28  / / /

Case No: 4:20-cv-02522-HSG

(~~Proposed~~) Order re Stipulation to Extend Time to Respond to Counter-Claim

Date Action Filed:  April 13, 2020
Current Response Date: July 15, 2020
Proposed Response Date: August 14, 2020

DarrasLaw

- 1 -

1      **ORDER GRANTING STIPULATION TO EXTEND TIME FOR**

2      **PLAINTIFF TO RESPOND TO COUNTERCLAIM**

3

4            Based upon the Stipulation of the parties, and for good cause shown, it is

5      hereby Ordered that the time within which a responsive pleading to Prudential's

6      Counterclaim must be filed and served by Plaintiff is extended to August 14, 2020.

7

8

9      Dated: _____7/15/2020_____      _____

10                                          Hon. Haywood S. Gilliam, Jr.
                                            United States District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28