**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND**

| | |
|---|---|
| FIAOLA POTI,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and, LONG TERM DISABILITY COVERAGE FOR ALL ACTIVE FULL-TIME AND PART-TIME EMPLOYEES, OTHER THAN THOSE CLASSIFIED BY THE EMPLOYER AS PILOTS, WHO ARE U.S. RESIDENTS AND WHOSE TOTAL ANNUAL CASH COMPENSATION IS BETWEEN $60,000 AND $199,999, EXCLUDING TEMPORARY AND SEASONAL EMPLOYEES,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:20-cv-02522-HSG<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:   Haywood S. Gilliam, Jr.<br><br>Complaint Filed:   April 13, 2020 |

1  Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY
2  ORDERED that this action, Case No. 4:20-cv-02522-HSG, is dismissed in its entirety as to all
3  defendants and counter-defendants, with prejudice.
4  IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys'
5  fees and costs in this matter.

7  **IT IS SO ORDERED.**

9  Dated: 9/23/2020

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM JR.
United States District Court Judge

175198.1

1

Case No. 4:20-cv-02522-HSG
ORDER DISMISSING THE ENTIRE
ACTION WITH PREJUDICE